No. 58437.—Daniel F. Young, Inc., and Monogram Film Exchange v. United States, protest 206527–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the facts are similar to those involved in Abstract 57579, the claim of the plaintiffs was sustained.